UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA LOPP #654488,

    Plaintiff,

v.

HEIDI WASHINGTON et al,

    Defendants.
_____/

Case No: 1:22-cv-1135

HON. ROBERT J. JONKER

### ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 23, 2025 (ECF No. 61).  The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 61) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the CAC members are not state actors who may be sued under 42 U.S.C. § 1983 Or RLUIPA, and that Defendants Abbas, Brown, Duby, Franklin, Johnson, Muhammad, Nelson, Vander Schaff, Wilcoxsen Bey and Worrell's Motion to Dismiss (ECF No. 28) is GRANTED, and that they are dismissed from this action

Dated:  February 13, 2025

    /s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE