UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA LOPP #654488,

       Plaintiff,

                                      CASE NO. 1:22-cv-1135

v.

                                        HON. ROBERT J. JONKER

ADAM HOLLINGSWORTH et al.,

       Defendants.

_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Berens's report and recommendation in this matter (ECF No. 148) and Plaintiff's objections to that report and recommendation (ECF No. 149). Under the Federal Rules of Civil Procedure, when a party has objected to portions of a report and recommendation, "[t]he district judge . . . has a duty to reject the magistrate judge's recommendation unless, on de novo reconsideration, he or she finds it justified." 12 WRIGHT & MILLER'S FEDERAL PRACTICE AND PROCEDURE § 3070.2 (3d ed. 2025). Specifically, the Rules provide that:

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

Fed R. Civ. P. 72(b)(3). De novo review in these circumstances requires at least a review of the evidence before the Magistrate Judge. *Hill v. Duriron Co.*, 656 F.2d 1208, 1215 (6th Cir. 1981). The Court has reviewed de novo the claims and evidence presented to the Magistrate Judge; the Report and Recommendation itself; and Plaintiff's objections. After its review, the Court finds the Report and Recommendation is factually sound and legally correct.

The Magistrate Judge recommends granting Defendants' motion for summary judgment (ECF No. 126), denying Plaintiff's motion for summary judgment (ECF No. 130), and dismissing this action.  In the objections, Plaintiff primarily reiterates and expands upon arguments presented in the original complaint.  Plaintiff's objections fail to deal in a meaningful way with the Magistrate Judge's analysis.  The Magistrate Judge carefully and thoroughly considered the record, the parties' arguments, and the governing law.  The Magistrate Judge properly analyzed Plaintiff's claims.  Nothing in Plaintiff's objections changes the fundamental analysis.

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 148) is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 126) is **GRANTED**, that Plaintiff's motion for summary judgment (ECF No. 130) is **DENIED**, and that this case is **DISMISSED**.

A separate Judgment shall issue.

Dated:  <u>March 19, 2026</u>           <u>/s/ Robert J. Jonker</u>
                                        ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE